UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 07-11934-PBS

FATEMEH JALILI,
Plaintiff,

v.

MICHAEL CHERTOFF, ET AL,
Defendants.

## ORDER OF DISMISSAL

SARIS, D.J.

In accordance with the Court's ruling on the record at the Scheduling Conference held on March 5, 2008, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Robert C. Alba
Deputy Clerk

March 13, 2008

To: All Counsel